**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **Betty McGuire,** ) | |
| ) | |
| **Judgment Creditor,** ) | **Case Number: 12-cv-03563** |
| ) | |
| -vs- ) | **District Judge Gary Feinerman** |
| ) | |
| **Mountain Green of Arizona, LLC** ) | |
| ) | |
| **Judgment Debtor,** ) | |
| ) | |
| and ) | |
| ) | |
| **Topco Associates, LLC** ) | |
| ) | |
| **Garnishee** ) | |

**MOTION FOR ENTRY OF CONDITIONAL JUDGMENT AND ISSUANCE OF
SUMMONS TO CONFIRM CONDITIONAL JUDGMENT**

Judgment creditor, Betty McGuire, by and through undersigned counsel, pursuant to § 735 ILCS 5/12-706, respectfully moves this Court to issue an Entry of Conditional Judgment and a Summons to Confirm Conditional Judgment against garnishee, Topco Associates, LLC, and in support thereof, states as follows:

1. Topco Associates, LLC, is indebted to the judgment debtor, Mountain Green of Arizona, LLC, other than for wages, or has in its possession, custody or control other property belonging to it in which it has an interest. (Doc. 4-1, Affidavit of David Chipman ("Chipman Aff.") ¶ 1.)

2. The last known address of the judgment debtor is Mountain Green of Arizona, LLC, c/o Edward L. McBain, Statutory Agent, 10418 E. Palo Bres Drive, Scottsdale, Arizona 85262. (Chipman Aff. ¶ 2.)

3. Judgment in the case captioned *Betty McGuire v. Mountain Green of Arizona, LLC*, No. CV 12-0023-PHX-DGC (D. Ariz.) was entered on March 9, 2012. (Chipman Aff. ¶ 4.)

4. The amount of the judgment against judgment debtor Mountain Green of Arizona, LLC was $127,912.50, consisting of $100,000 in principal, $27,500.00 in interest and $412.50 in penalties. (Chipman Aff. ¶ 5.)

5. Garnishee was served with the Garnishment Summons (Non-Wage), Garnishment Notice (with a return date of June 13, 2012) and Interrogatories to Garnishee/Respondent on June 7, 2012. (Doc. 6, Return of Authorized Service)

6. To date, the Garnishee has failed to respond to the Garnishment Summons.

7. Pursuant to 735 ILCS 5/12-706, "[w]hen any person summoned as garnishee fails to appears and answer as required . . . the court may enter a conditional judgment against the garnishee for the amount due upon the judgment against the judgment debtor."

8. Under this provision, the Court may also issue "[a] summons to confirm the conditional judgment . . . commanding the garnishee to show cause why the judgment should not be made final." *Id.*

9. If after being served with said summons, the garnishee "fails to appear and answer, the court shall confirm such judgment to the amount of the judgment against the judgment debtor and award costs." *Id.*

WHEREFORE, Ms. McGuire respectfully requests that the Court issue an Entry of Conditional Judgment and a Summons to Confirm Conditional Judgment against garnishee, Topco Associates, LLC.

DATED this 1st day of August, 2012.

                                              CHIPMAN GLASSER, LLC

                                              By: */s David Chipman*
                                              Attorney No. 6210117
                                              David Chipman
                                              Attorney for Betty McGuire
                                              2000 S. Colorado Blvd., Suite 7500
                                              Denver, CO 80222
                                              Telephone: (303) 578-5780
                                              Fax: (303) 578-5790

4821-7748-7120, v. 1